IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>) <br>   v. )<br>)<br>A 2014 MERCEDES BENZ S550 )<br>VIN: WDDUG8CB9EA052629, )<br>WITH ALL APPURTENANCES AND )<br>ATTACHMENTS THEREON, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:22cv319-MHT<br>(WO) |

**DEFAULT JUDGMENT AND DECREE OF FORFEITURE**

Before the court is the government's motion for default judgment and decree of forfeiture. The court has considered the motion and finds as follows.

On May 25, 2022, the government filed a verified complaint for forfeiture *in rem* (Doc. 1) seeking the forfeiture of defendant 2014 Mercedes Benz S550, VIN: WDDUG8CB9EA052629, with all appurtenances and attachments thereon. Specifically, the government alleged that the defendant vehicle is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18

U.S.C. § 981(a)(1)(C) as property used to facilitate drug activity and/or property which constitutes or is derived from proceeds traceable to drug activity, in violation of 21 U.S.C. §§ 841 and 846.

Pursuant to a warrant of arrest *in rem* issued on May 27, 2022 (Doc. 3), the defendant vehicle was served on June 2, 2022, with copies of the verified complaint for forfeiture *in rem* and the warrant of arrest *in rem*. *See* Process Receipt and Return (Doc. 4).

On June 3, 2022, Joe M. Reed, attorney for potential claimant Jessie D. Stone, was served with copies of the notice of complaint for forfeiture against personal property, verified complaint for forfeiture *in rem*, and warrant of arrest *in rem*. *See* Process Receipt and Return (Doc. 6) (service on Natalie Underwood for Reed).

On June 3, 2022, potential claimant Stone was served with copies of the notice of complaint for forfeiture against personal property, verified

complaint for forfeiture *in rem*, and warrant of arrest *in rem* at the Montgomery County Jail. *See* Process Receipt and Return (Doc. 5).

On July 1, 2022, potential claimant Stone was again served with copies of the notice of complaint for forfeiture against personal property, verified complaint for forfeiture *in rem*, and warrant of arrest *in rem* at the Montgomery County Jail. *See* Process Receipt and Return (Doc. 8).

Notice of this civil forfeiture action against the defendant was published for 30 consecutive days on an official government internet site (www.forfeiture.gov), as evidenced by the declaration of publication (Doc. 7) filed with the court on June 29, 2022.

On August 24, 2022, the clerk of court entered default against potential claimant Stone, and all other persons and entities having an interest in the defendant, pursuant to Rule 55(a) of the Federal Rules

of Civil Procedure.  *See* Clerk's Entry of Default (Doc. 10).

On February 22, 2023, Stone informed the court in a parallel criminal action that he does not oppose the forfeiture of the 2014 Mercedes Benz S550, VIN: WDDUG8CB9EA052629, with all appurtenances and attachments thereon.  *See U.S.A. v. Jessie Detraglia Stone*, MDAL Case No. 2:22-cr-00006-ECM, Joint Status Report (Doc. 124), n.1.

This court has subject-matter jurisdiction over this case.  A district court has original jurisdiction over civil cases brought by the United States, pursuant to 28 U.S.C. § 1345, and in forfeiture actions, pursuant to 28 U.S.C. § 1355.  A forfeiture action may also be brought in a district where any of the acts or omissions giving rise to the forfeiture occurred. The United States of America is the plaintiff in this civil forfeiture action and the acts giving rise to this action occurred in the Middle District of Alabama.

As the government established in its application and request to enter default (Doc. 9), the requirements for proper notice set forth in Supplemental Rule G were fully satisfied.

Pursuant to Supplemental Rule G(5)(a) & (b), any claimant to the defendant vehicle was required to file a claim no later than 35 days after the written notice was sent, or 60 days after the first publication of notice on the official government website.  The time periods for contesting this case have expired, and no extensions to these time periods have been requested, consented to, or granted by this Court.

The factual allegations set forth in the verified complaint show that the defendant vehicle is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C), which provide for the seizure and forfeiture of all moneys, negotiable instruments, securities, or other things of value furnished, or intended to be furnished, by any person in exchange for

5

a controlled substance or listed chemical; all proceeds traceable to such an exchange; all moneys, negotiable instruments, and securities used or intended to be used to facilitate the commission of the offenses; any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses; and any property, real or personal, used to facilitate violations of 21 U.S.C. §§ 841 and 846.

The factual allegations of the complaint are verified by Drug Enforcement Administration Task Force Officer Ryan McCormick, and they are undisputed. Consequently, hearings are not necessary to enter or effectuate the default judgment.

The government has shown that (a) the parties that have an interest in the defendant vehicle are in default; (b) default judgment is procedurally warranted; and (c) it has sufficiently pled its basis for entry of default judgment.

***

Accordingly, based on the foregoing, the evidence in the record, and for good cause shown, it is ORDERED AND ADJUDGED as follows:

(1) The government's motion for default judgment and decree of forfeiture (Doc. 11) is granted.

(2) Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, default judgment is hereby entered in favor of plaintiff United States of America and against defendant 2014 Mercedes Benz S550, VIN: WDDUG8CB9EA052629, Jessie D. Stone, and all other persons for failure to timely plead, answer, or otherwise defend.

(3) All right, title, and interest in defendant 2014 Mercedes Benz S550, VIN: WDDUG8CB9EA052629, with all appurtenances and attachments thereon, is hereby forfeited to and vested in plaintiff United States of America, which shall have clear title to this property, may warrant good title to any subsequent transferee,

7

and shall dispose of the property in accordance with the law.

(4) The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this order.

(5) The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of July, 2024.

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**